UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 13-9025

v. : CRIMINAL ACTION

Calvin Plummer : ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✓) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____   1-31-13
DEFENDANT                 DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1/31/13
DATE